92 F.3d 1175
 Ruth Watson, as Executive Director, Parent Information
Center of New Jersey, Inc., Marilyn Arons, as
Founder, Parent Information Center of
New Jersey, Inc.
v.
Christine Todd Whitman, Governor, State of New Jersey, Sarah
Mitchell, in her Former Position as Director of Advocacy for
Developmentaly Disabled and as Current Director of
Protection and Advocacy, Inc.
 NO. 95-5770
 United States Court of Appeals,
Third Circuit.
 July 25, 1996
 
 Appeal From: D.N.J., No. 94-cv-03891,
 Bassler, J.
 
 
 1
 AFFIRMED.